# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 97-cr-01941-DMS |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION AND RECALL ARREST WARRANT |
| v. | |
| FALAH DALAWY (2), | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: April __24__, 2020

HONORABLE DANA M. SABRAW
United States District Court Judge